An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID L. GRAY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61763

**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to modify and/or correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; David B. Barker, Judge.

In his motion filed on July 26, 2012, appellant claimed that his probation was improperly revoked. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17377

jurisdiction. *See id.* We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. David B. Barker, District Judge
      David L. Gray
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk